IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZENITH LAW GROUP                                                                                    PLAINTIFF

v.                                      CASE NO. 4:22-CV-00623-BSM

DRUG ENFORCEMENT AGENCY                                                           DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE